**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JANE DOE,**

**Plaintiff,**

**v.**

**Case No. 2:22-cv-855**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ATHENS COUNTY, *et al.*,**

**Defendants.**

# ORDER

This matter is before the Court on Defendant Dove Outreach's Answer to the Complaint (ECF No. 17). Dove Outreach's Answer was signed and filed by co-Defendant James Bellar, who is not an attorney. Dove Outreach's Answer states that Mr. Bellar is the "Founder and Statutory Agent of Dove Outreach Inc.," and that he "will be answering" the Complaint on behalf of himself and Dove Outreach. (*Id.* at PAGEID# 105.)

Dove Outreach may proceed in this Court only through an attorney. "The Supreme Court has recognized that federal law requires that 'corporations, partnerships, or associations' or any 'artificial entity' appear in federal courts only through counsel." *West Bend Mut. Ins. Co. v. Osimic, Inc.*, No. 1:21-cv-593, 2021 WL 4661461, at *2 (N.D. Ohio Oct. 7, 2021) (quoting *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993)).

In addition, Federal Rule of Civil Procedure 11(a) requires a signature by an attorney or, if the party is not represented by an attorney, a signature by the party for "[e]very pleading, written motion, and other paper." Fed. R. Civ. P. 11(a). Because artificial entities such as Dove Outreach cannot appear in court except through an attorney, a pleading by such an entity "that is

not signed by an attorney is treated as unsigned for Rule 11(a) purposes." *White v. Smith*, No. 2:09-cv-00574, 2010 WL 795967, at *1 (S.D. Ohio March 2, 2010) (citations omitted). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a).

Accordingly, the Court **STRIKES** Dove Outreach's Answer (ECF No. 17). Dove Outreach is **ORDERED** to retain a trial attorney as provided in Southern District of Ohio Civil Rule 83.4 **WITHIN 30 DAYS OF THE DATE OF THIS ORDER** and have counsel enter an appearance on its behalf. Failure to comply with this Order may result in entry of default against Dove Outreach.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE