**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JANE DOE,**

**Plaintiff,**

**v.**

**Case No. 2:22-cv-855**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ATHENS COUNTY, *et al.*,**

**Defendants.**

## ORDER

On April 13, 2022, the Court ordered Defendant Dove Outreach, a non-profit corporation, to retain a trial attorney as provided in Southern District of Ohio Civil Rule 83.4 within 30 days and have counsel enter an appearance on its behalf. (ECF No. 18.) Dove Outreach was further cautioned that "[f]ailure to comply with this Order may result in entry of default against Dove Outreach." (*Id.*) On May 16, 2022, James R. Bellar filed a letter on behalf of Dove Outreach stating that it contacted several attorneys but was unable to secure representation. (ECF No. 22.) Mr. Bellar did not ask for an extension of time to retain counsel on behalf of Dove Outreach, nor did he indicate that Dove Outreach intends to make further efforts to retain counsel. (*Id.*)

As explained in the Court's April 13, 2022 Order, artificial entities such as Dove Outreach cannot proceed in this Court without an attorney. Consequently, the Clerk is **DIRECTED** to enter default against Dove Outreach under Federal Rule of Civil Procedure 55(a).

The Clerk is further **DIRECTED** to send a copy of this Order to Dove Outreach at the following address:

**Dove Outreach**
c/o James R. Bellar
751 Beaver Pike
Waverly, Ohio 45690

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE