THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jane Doe,

Plaintiff(s),

v.

Athens County, *et al.*,

Defendant(s).

Case No. 2:22-cv-855

JUDGE SARGUS

MAGISTRATE JUDGE VASCURA

**ENTRY OF DEFAULT**

It appears that the Defendant, Dove Outreach, is in default, having failed to plead or otherwise defend in this cause as required by law. Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 17th day of May, 2022.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/ Allison Moran
Allison Moran, Deputy Clerk