# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JANE DOE,**

    **Plaintiff,**

  v.                           Case No. 2:22-cv-855
                              Judge Edmund A. Sargus, Jr.
                              Magistrate Judge Chelsey M. Vascura

**ATHENS COUNTY, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Lift the Stay (ECF No. 30). On May 18, 2022, the Court stayed this action pending resolution of related criminal proceedings under 18 U.S.C. § 1595 ("[a]ny civil action filed under subsection (a) shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim[,]" and the term criminal action "includes investigation and prosecution and is pending until final adjudication in the trial court."). The parties reported on July 22, 2022, that the Athens County Court entered judgment in the criminal case, concluding the related criminal proceedings. For this reason, the parties' Motion to Lift Stay (ECF No. 30) is **GRANTED**. The stay in this matter is **LIFTED** and proceedings shall resume.

    **IT IS SO ORDERED.**


**7/26/2022**                                                    **s/Edmund A. Sargus, Jr.**
**DATED**                                                       **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**