UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,

      Plaintiff,

v.                                                         **Civil Action 2:22-cv-855**
                                                             **Judge Edmund A. Sargus**
                                                             **Magistrate Judge Chelsey M. Vascura**

**ATHENS COUNTY**, *et al.*,

      **Defendants.**

## SHOW CAUSE ORDER

      The Court's last several mailings to Deborah Bellar at the Southeastern Ohio Regional Jail in Nelsonville, Ohio, were returned as undeliverable. (ECF Nos. 27–29, 32.) It appears that the mail was undeliverable because Ms. Bellar was transferred to a different facility, but neglected to provide the Court with an updated mailing address. The Court's search for Ms. Bellar's name in the Ohio Department of Rehabilitation & Correction's online Offender Search yielded the following mailing address: Ohio Reformatory for Women (W108945), 1479 Collins Ave, Marysville, OH 43040.

      Ms. Bellar has an affirmative duty to notify the Court of any change in address. *See Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) ("If [the *pro se* litigant's] address changed, she had an affirmative duty to supply the court with notice of any and all changes in her address."); *see also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("[W]hile *pro se* litigants may be entitled to some latitude when dealing with sophisticated legal issues . . . there is no cause for extending this margin to straightforward procedural requirements

that a layperson can comprehend."); *Walker v. Cognis Oleo Chem., LLC*, No. 1:07-cv-289, 2010 WL 717275, at *1 (S.D. Ohio Feb. 26, 2010) ("By failing to keep the Court apprised of his current address, Plaintiff demonstrates a lack of prosecution of his action.").

Ms. Bellar's failure to provide an updated mailing address suggests she has abandoned her defense against Plaintiff's claims. Ms. Bellar is therefore **ORDERED** to show cause **WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER** why the Court should not enter default against her for failure to update her mailing address. Ms. Bellar must provide the Court with an updated address and justify her failure to do so earlier. Any good cause showing must be supported by sworn affidavits or unsworn declarations in compliance with 28 U.S.C. § 1746.

The Clerk is **DIRECTED** to send a copy of this Order to Ms. Bellar at the address identified in her Answer and also send a copy to:

> Deborah L. Bellar
> Ohio Reformatory for Women (W108945)
> 1479 Collins Ave, Marysville, OH 43040

**Ms. Bellar is cautioned that her failure to show cause will result in an entry of default against her. No further warnings will be provided to Ms. Bellar regarding this matter.**

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2