FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 OCT -6 PM 2:32

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Jane Doe
   Plantiff

Case No. 2:22-cv-855

Edmund A Sargus, Jr.

Magistrate Judge

Deborah Bellar
   Defendant

Chelsey M. Vascura

## Motion for Stay

I, Defendant Deborah Bellar, prayfully request the court to grant a stay of these proceedings. The following reasons are intended to show just cause for this request.

1) I do not reliably receive court documents in a timely manner, if at all. I have recently received more than one notice indicating service never to receive the actual document(s) listed. I have valid concerns that I will not be properly informed for purposes of reviewing and/or responding to motions or proceedings.

2) I can not afford an attorney to represent myself and I have no experience in civil procedures.

3) I am unable to mount a proper defense while incarcerated. There is no sufficient oppourtunity to investigate, research, interview and/or prepare possible witnesses and all other activities necessary to defend myself. I am at a disadvantage presently and I pray for that chance to defend myself against the complaint.

4) The communication process here hinders my ability to prepare my defense. All calls and mail are monitored/recorded which does not allow myself and others I would discuss this matter with to be done with any privacy. This would include witnesses and/or other parties involved.

5) My prison sentence has a finite end date and is not a lengthy amount of time.

I humbly ask this court to show mercy and grant my motion for a stay until such time as I am released and have reasonable oppourtunity to prepare a defense.

Respectfully submitted
In Christ,

Deborah Bellar

Deborah Bellar 108945
1479 Collins Ave
Marysville OH 43040