UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,

        **Plaintiff,**

   v.                                  Civil Action 2:22-cv-855
                                                  Judge Edmund A. Sargus, Jr.
                                                  Magistrate Judge Chelsey M. Vascura

ATHENS COUNTY, *et al.*,

        **Defendants.**


## ORDER

      This matter is before the Court on Defendant Deborah Bellar's Motion for Stay (ECF No. 55). Therein, Ms. Bellar requests a stay of proceedings until she is no longer incarcerated, which, according to a search of the Ohio Department of Rehabilitation and Correction's records, will not be until May 2025 at the earliest. As grounds for the stay, Ms. Bellar notes that she cannot afford an attorney, has no ability to interview or prepare potential witnesses, is not able to have any confidential conversations free from monitoring by the prison, and that she has not been reliably served with documents filed in this litigation. (*Id.*) As to Ms. Bellar's last point, the Court previously noted that the parties had not been consistently serving Ms. Bellar by mail and ordered them to correct any service deficiencies. (ECF No. 40.) The parties subsequently filed notices of compliance with that Order. (ECF Nos. 44–45, 47–48.) The Court therefore does not anticipate further problems with Ms. Bellar's receipt of court filings. And as to Ms. Bellar's other grounds for a stay, these are the same circumstances that would be faced by any incarcerated litigant and do not justify postponing the resolution of Plaintiff's claims for more

than two and a half years. The undersigned therefore finds that a stay would be inappropriate in this case. *See* A *F.T.C. v. E.M.A. Nationwide, Inc.*, 767 F.3d 611, 626-27 (6th Cir. 2014) (quoting *Ohio Envtl. Council v. U.S. Dist. Court, S. Dist. of Ohio, E. Div.*, 565 F.2d 393, 396 (6th Cir. 1977) (holding that "the District Court has broad discretion to stay proceedings as an incident to its power to control its own docket")).

Accordingly, Defendant Deborah Bellar's Motion for Stay (ECF No. 55) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE