# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JANE DOE,

      Plaintiff,

v.                                     Civil Action 2:22-cv-855
                                          Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Chelsey M. Vascura

ATHENS COUNTY, *et al.*,

      Defendants.

## **ORDER**

On November 7, 2022, the Court conducted a telephonic preliminary pretrial conference. After Defendant Rob Bellar failed to participate in that conference, the Court ordered the counseled parties to confer with Noble Correctional Institution ("NCI") and determine the reasons for Rob Bellar's lack of participation. (ECF No. 60.) Although counsel was instructed to file a Notice indicating the results of their inquiry, to date, no such Notice has been submitted. (*Id*.)

Accordingly, the counseled parties are **ORDERED** to file a joint status report describing their efforts to confer with NCI and determine why Rob Bellar did not participate in the November 7, 2022 conference. The counseled parties will have **fourteen (14) days from the date of this Order** to comply.

**IT IS SO ORDERED.**

                                                /s/ *Chelsey M. Vascura*
                                                CHELSEY M. VASCURA
                                                UNITED STATES MAGISTRATE JUDGE