# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JANE DOE,**

    **Plaintiff,**

  v.                                 **Civil Action 2:22-cv-855**
                                        **Judge Edmund A. Sargus**
                                        **Magistrate Judge Chelsey M. Vascura**

**ATHENS COUNTY,** *et al.***,**

    **Defendants.**

## ORDER

Defendant James Bellar has filed his Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1), and Plaintiff Jane Doe has filed a Certificate of Service of her Initial Disclosures. (ECF Nos. 62, 64.) The Court has not ordered the parties to file these documents. Moreover, the parties have not utilized their initial disclosures in a court proceeding. The Court therefore **STRIKES** these filings and **ORDERS** the parties to cease filing discovery documents, or certificates of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking these documents from the docket "does not prevent [them] from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

    **IT IS SO ORDERED.**

                                                             /s/ *Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE