LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>  *v.*<br><br>ATHENS COUNTY *et. al.,*<br><br>     Defendants. | Case No. 2:22-CV-855<br><br>**Judge Edmund A. Sargus, Jr.**<br><br>**Magistrate Judge Chelsey M. Vascura**<br><br>**<u>JOINT STATUS REPORT</u>** |

Pursuant to the Court's November 29, 2022, Order, the parties submit this Joint Status Report, addressing the Court's inquiries.

1. As reported by Counsel for Plaintiff, on October 21, 2022, Paralegal Bess Kohr of Fradin Law (Hereinafter "Kohr") contacted Noble Correctional Institute regarding Robert Inmate #A797993's participation in the Rule 26(f) conference and preliminary pre-trial conference.

2. As reported by Counsel for Plaintiff, there were numerous communications from October 21, 2022, between Noble Correctional Institute and Kohr regarding the appearance of Defendant Bellar on November 7, 2022.

3. However, Defendant Bellar did not appear at the November 7, 2022 hearing.

4. Counsel for Plaintiff indicates that, on December 7, 2022, Kohr contacted Noble Correctional Institute, via email.  Jessica Wilson from Noble Correctional Institute (jessica.perrin@odrc.state.oh.us.) responded indicating that an email had been sent to Kohr before the hearing indicating that Defendant Bellar must be called, but Attorney Fradin had been inadvertently removed from the CC of the email thread and missed any other communication related to this requirement.  Undersigned Counsel are now on notice that, in order for Defendant Bellar to participate in hearings, any calls must be made directly to the facility.

5. Counsel for Plaintiff indicates that Jessica Wilson has indicated that the number to call Defendant Bellar is *740-305-1372.*

6. The undersigned counsel have agreed to work together to ensure that Defendant Bellar is called at the above number to be given an opportunity to participate in any future hearings.

7. The undersigned counsel would also like to notify the Court that mail sent to Defendant Deborah Bellar has been returned to Counsel for Plaintiff with instructions that mailings must be limited to 5 pages per envelope.  The undersigned counsel seek to use this joint status report as an opportunity to also inform the Court about this restriction.


Submitted: December 12, 2022

/s/ *Michael L. Fradin*
Michael L. Fradin
8401 Crawford Ave, Ste. 104
Skokie, IL 60076
P: (847) 986-5889
F: (847) 673-1228
mike@fradinlaw.com

/s/ Melanie J. Williamson (via email approval)

Melanie J. Williamson (0079528)
Anthony J. Molnar (0081163)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
614) 221-1216 - Telephone
(614) 221-8769 – Facsimile
mwilliamson@fisheldowney.com
tmolnar@fisheldowney.com
*Attorneys for Defendant Athens County*


/s/ Matthew S. Teetor  (via email approval)
Andrew N. Yosowitz (0075306)
Matthew S. Teetor (0087009)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000 | Fax (614) 412-9012
ayosowitz@teetorlaw.com
mteetor@teetorlaw.com
*Attorneys for Defendant Jimmy Childs*


## CERTIFICATE OF SERVICE

This certifies that, on December 13, 2022, a copy of this filing will be served

on all counsel of record by this Court's ECF filing system and mailed by U.S. first

class mail to the following parties:

Deborah Bellar #W108945
1479 Collins Avenue
Marysville, Ohio 43040

James Bellar
Dove Outreach
751 Beaver Pike
Waverly, Ohio 45690

Robert Bellar #A797993
15708 McConnelsville Road
Caldwell, Ohio 43724

Dove Outreach
751 Beaver Pike
Waverly, Ohio 45690

*s/Michael L. Fradin*

_____

Michael L. Fradin (0091739)
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Phone: 847-644-3425
Fax: 847-673-1228