# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Jane Doe, | : | Case No. 2:22-cv-855 |
| | : | |
| Plaintiff, | : | Judge Sargus |
| | : | Magistrate Judge Vascura |
| v. | : | |
| | : | |
| Athens County et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on Defendant Athens County's Motion for Leave to Depose Defendants Deborah Bellar and Robert Bellar (ECF No. 69). For the reasons stated in the Motion, and for good cause shown, the Motion is **GRANTED**. Athens County is permitted to depose Defendants Deborah Bellar and Robert Bellar on a date, at a time, and in a manner acceptable to the Ohio Reformatory for Women and Noble Correctional Institution.

**IT IS SO ORDERED**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE