**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff, | : | Case No. 2:22-cv-855 |
| *vs.* | : | Judge Edmund A. Sargus, Jr. |
| ATHENS COUNTY, *et. al.*, | : | Mag. Judge Jolson |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Sarah Lodge of the law firm Teetor Westfall, LLC, 200 E. Campus View Blvd., Suite 200, Columbus, Ohio 43235 will serve as additional counsel for Defendant Jimmy Childs.

Respectfully submitted,

/s/ *Sarah A. Lodge*
Andrew N. Yosowitz         (0075306)
Matthew S. Teetor          (0087009)
Sarah A. Lodge             (0090406)
Teetor Westfall, LLC
200 E. Campus View Blvd., Suite 200
Columbus, OH  43235
Telephone:  614/412-4000
Facsimile:  614/412-9012
Email:  SLodge@teetorlaw.com
*Attorneys for Defendant Jimmy Childs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>3rd</u> day of March, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Sarah Lodge</u>
Sarah Lodge                (0090406)