IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>    *v.*<br><br>ATHENS COUNTY *et. al.,*<br><br>            Defendants. | Case No. 2:22-CV-855<br><br>**Judge Edmund A. Sargus, Jr.**<br><br>**Magistrate Judge Chelsey M. Vascura**<br><br>**JOINT STIPULATION TO DISMISS** |

**JOINT STIPULATION TO DISMISS ATHENS COUNTY AND JIMMY CHILDS ONLY**

IT IS HEREBY STIPULATED AND AGREED that Defendants Athens County and Jimmy Childs only are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A), each party to bear its own attorney's fees and costs.

Signatures:

Submitted: July 10, 2023

/s/ *Michael L. Fradin*
Michael L. Fradin
8401 Crawford Ave, Ste. 104
Skokie, IL 60076
P: (847) 986-5889
F: (847) 673-1228
mike@fradinlaw.com
Attorney for Plaintiff


/s/ Melanie J. Williamson  (via email approval)
Melanie J. Williamson (0079528)
Helen Sudhoff
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
614) 221-1216 - Telephone
(614) 221-8769 – Facsimile

mwilliamson@fisheldowney.com
tmolnar@fisheldowney.com
*Attorneys for Defendant Athens County*

/s/ Matthew S. Teetor  (via email approval)
Andrew N. Yosowitz (0075306)
Matthew S. Teetor (0087009)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000 | Fax (614) 412-9012
ayosowitz@teetorlaw.com
mteetor@teetorlaw.com
*Attorneys for Defendant Jimmy Childs*

## CERTIFICATE OF SERVICE

This certifies that, on July 10, 2023, a copy of this filing will be served on all counsel of record by this Court's ECF filing system.  A copy of this filing will be mailed by U.S. first class mail to the following parties:

| | |
|---|---|
| Deborah Bellar #W108945 | Robert Bellar #A797993 |
| 1479 Collins Avenue | 15708 McConnelsville Road |
| Marysville, Ohio 43040 | Caldwell, Ohio 43724 |

James Bellar
Dove Outreach
751 Beaver Pike
Waverly, Ohio 45690

*s/Michael L. Fradin*
_____
Michael L. Fradin (0091739)
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Phone: 847-644-3425
Fax: 847-673-1228