UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,
        **Plaintiff,**

        v.

ATHENS COUNTY, *et al.*,
        **Defendants.**

**Case Number 2:22-cv-855**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

### ORDER

This matter is before the Court on Plaintiff Jane Doe's Motion for Default Judgment Against Defendant Dove Outreach. (ECF No. 90.) Prior to the Motion, the Court found that Plaintiff is entitled to default judgment against the sole remaining defendant, Dove Outreach, on her civil conspiracy claim (claim five), federal sex trafficking claims (claims nine, ten, and eleven), federal RICO claim (claim twelve), and Ohio Corrupt Practices Act claim (claim thirteen). (ECF No. 89.) The Court ordered Plaintiff to file a motion for damages, after which it would determine whether an evidentiary hearing is necessary. (*Id.*) The instant Motion is Plaintiff's motion for damages. (*See* ECF No. 90.)

Upon review of the Motion and attached exhibits, the Court finds that a damages hearing is warranted. Fed. R. Civ. P. 55(b)(2)(B); *see O.C. v. Town & Country Motel*, No. 2:25-cv-675, 2026 WL 809538, at *6 (S.D. Ohio Mar. 24, 2026) (Marbley, J.); *Grado v. Med., Indus., & Sci. Prods. Corp.*, No. 1:24-cv-158, 2026 WL 1256068, at *13 (S.D. Ohio May 7, 2026) (Cole, J.).

Accordingly, this case is set for a damages hearing on **August 19, 2026 at 1:30 p.m.** before the Undersigned at 85 Marconi Boulevard, Courtroom 311, Columbus, Ohio, 43215. Plaintiff is **DIRECTED** to submit an exhibit list and a witness list in advance of the hearing to the Court at Sargus_Chambers@ohsd.uscourts.gov by **August 17, 2026**.

        **IT IS SO ORDERED.**

6/26/2026                          s/Edmund A. Sargus, Jr.
**DATE**                         **EDMUND A. SARGUS, JR.**
                                **UNITED STATES DISTRICT JUDGE**