**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**JANE DOE,**

           **Plaintiff,**


    **v.**                               **Case Number 2:22-cv-855**
                                        **Judge Edmund A. Sargus, Jr.**

**ATHENS COUNTY,** *et al.***,**

           **Defendants.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:        United States District Court
                Joseph P. Kinneary U.S. Courthouse     **Courtroom Number 311**
                85 Marconi Boulevard                   **August 26, 2026 at 1:30 p.m.**
                Columbus, Ohio 43215

TYPE OF PROCEEDING: **Damages Hearing**


                                          **EDMUND A. SARGUS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**

DATE:  August 4, 2026


                                        /s /  Christin M. Werner
                                        (By) Christin M. Werner, Deputy Clerk