**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JANE DOE,**
**Plaintiff,**

**v.**

**ATHENS COUNTY, *et al.*,**
**Defendants.**

**Case Number 2:22-cv-855**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter came before the Court on Plaintiff Jane Doe's Motion for Default Judgment Against Dove Outreach. (ECF No. 90). The Court held a Damages Hearing on Plaintiff's Motion on August 26, 2026. (ECF No. 94). Plaintiff Jane Doe and her counsel were present at the Damages Hearing. (*Id.*) The sole remaining Defendant in this case, Dove Outreach, was not present. (*See* ECF Nos. 78, 85.)

Plaintiff filed this lawsuit alleging disturbing childhood abuse by her family members who were influenced by the "cult-like" church they attended, Dove Outreach. (ECF No. 1.) Plaintiff obtained an entry of default against Dove Outreach for failure to plead or otherwise defend the action. (ECF No. 24.) Plaintiff then filed a Motion for Default Judgment against Dove Outreach. (ECF No. 87.) The Court granted in part the motion, finding that Plaintiff "is entitled to default judgment against Dove Outreach for her civil conspiracy claim (claim five), her federal sex trafficking claims (claims nine, ten, and eleven), her federal [Racketeer Influenced and Corruption Organizations] RICO claim (claim twelve), and her Ohio Corrupt Practices Act claim (claim thirteen)." (ECF No. 89, PageID 390.) The Court ordered Plaintiff to file a motion for damages. (*Id.*)

Plaintiff filed the instant Motion for Default Judgment requesting a total judgment of $24,114,700 consisting of:

- $2,952,100 in compensatory damages for lost wages, emotional distress, disability, and psychological damage on the civil conspiracy claim;
- $8,856,300 in treble damages ($2,952,100 × 3) under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964(c);
- $8,856,300 in treble damages ($2,952,100 × 3) under the Ohio Corrupt Practices Act, Ohio Rev. Code § 2923.32;
- $450,000 in statutory damages for the federal sex trafficking claims ($150,000 for each claim) under 18 U.S.C. § 1595; and
- $3,000,000 in punitive damages under Ohio Revised Code § 2315.21.

(ECF No. 90, PageID 401–02.)

At the Damages Hearing, the Court took Plaintiff's sworn testimony and considered the two reports submitted by Plaintiff: a Report by Certified Forensic Psychologist, Dr. Kenneth Manges, and a Psychotherapy Narrative Report by Dr. Jackie Toole. (*See* ECF Nos. 90-1, 90-2.) Plaintiff swore to the truthfulness and accuracy of the information in her Complaint, as well as in the Reports. Considering Plaintiff's testimony and the grave circumstances in this case, the Court found that Plaintiff's unopposed damages request is justified.

Accordingly, the Court **GRANTS** (ECF No. 90) Plaintiff Jane Doe's Motion for Default Judgment Against Dove Outreach. The Court awards $24,117,700 in damages to Plaintiff Jane Doe against Defendant Dove Outreach.

The Clerk is **DIRECTED** to enter judgment and terminate this case on the docket.

**IT IS SO ORDERED.**

**9/1/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**