AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

JANE DOE,
*Plaintiff*
v.
ATHENS COUNTY, et al.
*Defendant*

Civil Action No. 2:22-cv-855

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☒ other: Pursuant to the Order filed 9/1/2026 the Court Grants (ECF No. 90) Plaintiff Jane Doe's Motion for Default Judgment Against Dove Outreach. The Court awards $24,117,700 in damages to Plaintiff Jane Doe against Defendant Dove Outreach.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☐ decided by Judge ___ on a motion for ___ .

Date: 09/01/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*